# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JIM NORTHRUP, | ) | Case No.: 4:20-cv-00081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF SETTLEMENT |
| – vs – | ) | |
| | ) | |
| GC SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Jim Northrup ("Plaintiff") and Defendant GC Services, LP ("Defendant") have reached settlement in the above-captioned matter. Plaintiff intends to file a Notice of Voluntary Dismissal once the Settlement Agreement has been finalized. Plaintiff, therefore, respectfully requests thirty (30) days in order to finalize settlement and dismiss the action.

RESPECTFULLY SUBMITTED,

Dated: May 4, 2020

By:/s/ *Peter Cozmy*k
Peter Cozmyk
Attorney in Charge
State Bar # 0078862
COZMYK LAW OFFICES, LLC
6100 Oak Tree Blvd., Ste. 200
Independence, OH 44131
pcozmyk@cozmyklaw.com
P: (877) 570-4440
F. (216) 485-2125

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed using the Court's CM/ECF system, which will notify all attorneys of record, including:

Margaret Jo Meier
The Rudnicki Firm
6305 Waterford Blvd
Ste 325
Oklahoma City, OK 73118
405-445-7422
Email: margie@rudnickifirm.com

By: */s/ Peter Cozmyk*
Peter Cozmyk
Attorney in Charge
State Bar # 0078862
COZMYK LAW OFFICES, LLC
6100 Oak Tree Blvd., Ste. 200
Independence, OH 44131
pcozmyk@cozmyklaw.com
P: (877) 570-4440
F. (216) 485-2125