IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

JIM NORTHRUP,

      Plaintiffs,

v.

GC SERVICS, LP,

      Defendants.

Case No.: 4:20-cv-00081

**ORDER OF DISMISSAL**

## ORDER OF DISMISSAL

Plaintiff, Jim Northrup ("Plaintiff"), and Defendant GC Services, LP, ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Dated: June 11, 2020

_____
Judge Alfred H Bennett
United States District Judge